## J. B. LADD v. STATE.
### No. 17681.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

Howard Martin, of Gladewater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

This cause is one pending upon the dockets of this court wherein the accused is charged with the possession of intoxicating liquor for the purpose of sale; the prosecution being under the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in an opinion this day handed down in Guy Meadows v. State, 88 S.W.(2d) 481, the motion for rehearing is granted, the judgment of affirmance is set aside, the opinion rendered is withdrawn, and the judgment is now reversed and the prosecution ordered dismissed.

## Cap TAYLOR v. STATE.
### No. 17687.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

McKinney & Berry, of Cooper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

This cause is one pending upon the dockets of this court wherein the accused is charged with the possession of intoxicating liquor for the purpose of sale, the prosecution being under the Dean Law (Pen. Code 1925, art. 666 et seq., as amended). Following what has been said by us in an opinion this day handed down in Guy Meadows v. State, 88 S.W.(2d) 481, the motion for rehearing is granted, the judgment of affirmance is set aside, the opinion rendered is withdrawn, and the judgment is now reversed and the prosecution ordered dismissed.

## Melvin THOMPSON v. STATE.
### No. 17692.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

W. J. Garrett, of Jacksonville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for transporting intoxicating liquor; punishment, three years in the penitentiary.

This is a prosecution had under the provisions of what is known as the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in an opinion this day handed down in Guy Meadows v. State, 88 S.W.(2d) 481, the judgment in this case will be reversed and the prosecution ordered dismissed.

## Rabbit HALE v. STATE.
### No. 17706.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

B. B. Chappell, of Dublin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year and six months in the penitentiary.

484

This is a prosecution had under the provisions of what is known as the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in an opinion this day handed down in Guy Meadows v. State, 88 S.W.(2d) 481, the judgment in this case will be reversed and the prosecution ordered dismissed.

## W. A. BURLESON v. STATE.
### No. 17739.

Court·of Criminal Appeals of Texas.
Nov. 27, 1935.

Chrisman & Russell, of Cleburne, and W. E. Myres and Joseph M. Mills, both of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

This is a prosecution had under the provisions of what is known as the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in an opinion this day handed down in Guy Meadows v. State, 88 S.W.(2d) 481, the judgment in this case will be reversed and the prosecution ordered dismissed.

## Dock BIGHAM v. STATE.
### No. 17740.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

Chrisman & Russell, of Cleburne, and W. E. Myres and Joseph M. Mills, both of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

This is a prosecution had under the provisions of what is known as the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in an opinion this day handed down in Guy Meadows v. State, 88 S.W.(2d) 481, the judgment in this case is reversed and the prosecution ordered dismissed.

## Emmett GINN v. STATE.
### No. 17749.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

Wilkinson & Wilkinson, of Mt. Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for manufacturing intoxicating liquor; punishment, two years in the penitentiary.

This is a prosecution had under the provisions of what is known as the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in an opinion this day handed down in Guy Meadows v. State, 88 S.W.(2d) 481, the judgment in this case will be reversed and the prosecution ordered dismissed.